UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALLYN ST. GEORGE
INTERNATIONAL, INC., *et al.,*

                Plaintiffs,

      - against -

INNERWEAR BRANDS
INTERNATIONAL, INC., *et al.,*

                Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4/19/2017

**ORDER**

16 Civ. 6625 (ER)

Ramos, D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

      Any application to reopen **must be filed within thirty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

      Any pending motions are moot.  All conferences are vacated.

SO ORDERED.

Dated:  New York, New York
         April 19, 2017

                                                             Edgardo Ramos, U.S.D.J.